

**PELTON GRAHAM LLC**

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

BRENT E. PELTON, ESQ.                                                    JULY 7, 2016
PELTON@PELTONGRAHAM.COM

**VIA ECF**

Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Lopez v. JSV Enterprises, Inc. et al*
     <u>Civil Action No. 15 Civ. 01306 (PKC)(PK)</u>

Dear Judge Kuo:

   As you are aware, this office represents Plaintiffs in the above-referenced action. We write, on behalf of all parties, to inform Your Honor that the parties have reached a settlement in principle. The parties are working out the terms of the settlement and anticipate consenting to Your Honor's jurisdiction and filing the settlement agreement for approval by Your Honor by August 5, 2016. Thus, the parties respectfully request that the telephone status conference, scheduled for August 12, 2016 at 10:00 am, be adjourned.

   We appreciate Your Honor's attention to this matter. Please feel free to contact the undersigned should Your Honor have any questions or concerns regarding this request.

       Respectfully submitted,

       /s/ *Brent E. Pelton*

       Brent E. Pelton, Esq. of
       PELTON GRAHAM LLC

cc:  Raymond Nardo (via ECF)

–« ADVOCATES FOR JUSTICE »–